IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION


FILED
JUN 08 2017
Clerk, U.S District Court
District Of Montana
Great Falls

| UNITED STATES OF AMERICA, | CR-11-28-GF-BMM-01 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN EDWARD FAVEL, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter May 24, 2017. (Doc. 82.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 18, 2017. (Doc. 82 at 3.) Favel admitted that he violated the conditions of his supervised release. The violations prove serious and warrant revocation of Favel's supervised release. Judge Johnston has recommended that the Court revoke Favel's supervised release

1

and commit Favel to the custody of the Bureau of Prisons for six months. *Id.* at 4. Judge Johnston further has recommended that no supervised release follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Favel's violations of his conditions represent a serious breach of the Court's trust. A sentence of six months custody followed by no supervised release, represents a sufficient, but not greater than necessary, sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 82) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Stephen Edward Favel be sentenced to six months custody followed by no supervised release.

DATED this 8th day of June, 2017.

Brian Morris
United States District Court Judge